WO

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTONIO MENDOZA-RICO,<br><br>　　　　Defendant. | Case No: 2:07-mj-07296<br><br>**ORDER TO EXTEND TIME TO INDICT** |

Upon motion of the Defendant and good cause appearing therefore, and there being no objections by the government,

IT IS ORDERED granting Defendant Antonio Mendoza-Rico's Motion to Extend Time to Indict. This Court specifically finds that the ends of justice served by granting this motion outweighs the best interest of the public and Defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such extension would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence,18 U.S.C. § 3161 (h)(8)(B)(iv).

IT IS HEREBY ORDERED that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within the government may seek to indict defendant, is hereby granted.

IT IS FURTHER ORDERED that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, the Government shall have an extension of thirty (30) days to file a timely Indictment. Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the Government may present the case to the grand jury.

DATED this 16th day of November, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge